IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR BLANCO, | : | Civil No. 3:24-cv-534 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WARDEN TALUTTO, et al., | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 4th day of October, 2024, upon consideration of Defendants' motions (Docs. 11, 15) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 11, 15) are **DENIED**.

2. Discovery shall be completed on or before January 1, 2025. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the Court.

3. On or before January 16, 2025, the parties shall **NOTIFY** the Court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. See 28 U.S.C. § 636(c).

4. Dispositive motions shall be filed on or before January 31, 2025.

5. No extensions of the pre-trial schedule shall be granted absent good cause. See FED. R. CIV. P. 16(b).

6. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of Court, shall be stricken from the record.

7. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

8. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge